

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00164-CV

| | | |
|---|---|---|
| Feysal Ghaffari | § | From the 342nd District Court |
| | § | of Tarrant County (342-266265-13) |
| v. | § | February 22, 2018 |
| Empire Petroleum Partners, LLC | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
      Justice Bill Meier